1  TIMOTHY D. MCMAHON, ESQ. (SBN 117024)
   CORSIGLIA MCMAHON & ALLARD LLP
2  96 N. 3rd Street, Suite 620
   San Jose, CA 95112
3  Telephone: (408) 289-1417
   Facsimile: (408) 289-8127
4
   Attorneys for Plaintiff,
5  Linus Silva and Elsie Silva

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| LINUS SILVA and ELSIE SILVA, individually and as Administrators of the ESTATE OF ANDREW ZACHARY SILVA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FREMONT, STEVEN NORDSETH, and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 3:15-cv-04679-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), plaintiffs voluntarily dismiss the above captioned action without prejudice.

                                        CORSIGLIA, MCMAHON & ALLARD LLP

Dated: October 21, 2015
                                        TIMOTHY D. MCMAHON, ESQ.
                                        Attorneys for Plaintiffs

it is so ordered.  Motion to
dismiss is vacated.
_____
Edward M. Chen
U.S. District Judge

[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]

1

NOTICE OF VOLUNTARY DISMISSAL
Silva, et. al. v. City of Fremont, et al. Case No. 3:15-cv-04679-EMC

Silva v. City of Fremont, et al.                                    Case No. 3:15-cv-04679-EMC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a citizen of the United States. My business address is 96 North Third Street, Suite 620, San Jose, CA 95112. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the attached document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Attorney for Defendants City of Fremont
and Steven Nordseth:**

Greg Fox, Esq.
Bertrand, Fox, Elliot, Osman & Wenzel
2749 Hyde Street
San Francisco, CA 94109
Phone: (415) 353-0999
Fax:    (415) 353-0990

[ X ]   (BY MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on October 21, 2015, following ordinary business practices

[  ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[  ]   (BY FACSIMILE) I caused such document(s) to be delivered via facsimile this date to the offices of the addressee(s). Time Faxed _____ p.m.

[  ]   (BY OVERNIGHT MAIL) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier

1  [ ]  (BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the following e-mail addresses [OR at the e-mail addresses listed above]. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 21, 2015 at San Jose, California.

_____
ROSARIO REYES